**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF TENNESSEE AT CHATTANOOGA**

| | | |
|---|---|---|
| ALEXANDER RAYMOND STOCK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:23-CV-207 |
| v. | ) | |
| | ) | |
| GRUNDY COUNTY, TENNESSEE, | ) | JURY DEMANDED |
| GRUNDY COUNTY SHERIFF'S | ) | |
| DEPARTMENT, SHERIFF HEATH GUNTER, | ) | |
| and DEPUTY SHERIFF VINNY CARDELLA, | ) | |
| | ) | |
| Defendants. | ) | |

---

## STIPULATION OF DISMISSAL WITH PREJUDICE

---

Now come the parties, by and through counsel, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, file with the Court their stipulation of dismissal with prejudice on the merits, Plaintiff's Complaint and any Amended Complaints filed by Plaintiff. The parties further announce that they have fully and finally resolved all matters that were or could have been raised or asserted in the above litigation against each other, and the parties desire the instant dismissal with prejudice on the merits be filed of record and that the above-styled case be dismissed with prejudice and on the merits.

This 29th day of July, 2025.

Respectfully submitted,

By:     */s/ Russell L. Leonard (w/perm. by BTH)*
Russell L. Leonard (BPR #014191)
*Attorney for Plaintiff*
1016 West Main Street – Suite 3
Monteagle, TN  37356
Telephone:     (931) 924-0447
Facsimile:     (931) 924-1816
rleonardlegal@gmail.com

**SPICER RUDSTROM, PLLC**

By:    */s/ B. Thomas Hickey, Jr.*
       B. Thomas Hickey, Jr., BPR #019105
       *Attorney for Defendant*
       537 Market Street - Suite 203
       Chattanooga, TN 37402-1241
       Telephone:   (423) 756-0262
       Facsimile:   (423) 756-8489
       Email:   thickey@spicerfirm.com